IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BENNETTA GREEN, ADC #712799;
KATEISA GREEN; and RUTHIE GREEN                                      PLAINTIFFS

v.                               No. 5:15-cv-179-DPM

DERIC NEAL, Sergeant, Pine Bluff
Police Department; KEITH WILLOUGHBY,
Officer, Pine Bluff Police Department; and
JASON BOYKIN, Officer, Pine Bluff
Police Department                                                    DEFENDANTS

ORDER

Bennetta Green filed this *pro se* § 1983 complaint. She listed Kateisa Green and Ruthie Green as Plaintiffs, but neither signed the complaint. And Bennetta Green didn't pay the $400.00 filing and administrative fees or file an *in forma pauperis* application. Giving Green a chance to pay now would be pointless because she doesn't have standing to bring this action. *Linda R.S. v. Richard D.*, 410 U.S. 614, 619 (1973); *Anguiano v. Dallas County Jail Under Sheriff*, 590 F. App'x 652 (8th Cir. 2015) (unpublished *per curiam*). Her complaint therefore fails to state a claim and will be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

10 August 2015