IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BENNETTA GREEN, ADC #712799;
KATEISA GREEN; and RUTHIE GREEN                              PLAINTIFFS

v.                    No. 5:15-cv-179-DPM

DERIC NEAL, Sergeant, Pine Bluff
Police Department; KEITH WILLOUGHBY,
Officer, Pine Bluff Police Department; and
JASON BOYKIN, Officer, Pine Bluff
Police Department                                             DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 August 2015